**Opinion filed January 8, 2026**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-25-00220-CV**

_____

**BRIAN FARRELL AND CHRISTINE FARRELL, Appellants**

**V.**

**NORTH STAR TRUST, LANA STRISSEL, TRUSTEE, Appellee**

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause No. 25-067-DCCV-47500**

## M E M O R A N D U M   O P I N I O N

On August 7, 2025, Appellants filed a pro se notice of appeal from the trial court's final judgment in an eviction case. We dismiss the appeal for want of prosecution.

Appellants' brief was originally due to be filed in this court on or before October 30, 2025. On October 31, we notified Appellants that their brief was past due. On November 6, we reminded Appellants that their brief was past due and informed them that we had, on our own motion, granted an extension to

December 1. In the letter, we informed Appellants that the failure to file their brief on or before December 1, 2025, could "**result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). On December 8, we sent a similar notice, again extending the due date on our own motion, and we informed Appellants that the failure to file their brief on or before December 22 could "**result in dismissal of the appeal**."

As of this date, Appellants have not filed their brief or a motion for extension of time to file their brief. Based on Appellants' failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


JOHN M. BAILEY
CHIEF JUSTICE


January 8, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.